IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KIMBERLY WHALEY                                              PLAINTIFF

v.                          No. 3:17-cv-27-DPM

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY; LINCOLN
FINANCIAL GROUP; and
LINCOLN NATIONAL LIFE
INSURANCE COMPANY                                           DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 January 2018